UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| FREDERICK BANKS, | | Case No. 3:17-cv-00440-MMD-VPC |
| | Petitioner, | ORDER |
| v. | | |
| SOO SONG, *et al.*, | | |
| | Respondents. | |

In this case, on July 20, 2017, Frederick Banks, who is apparently incarcerated at the Northeast Ohio Correctional Center, in Youngstown, Ohio, awaiting trial in a federal criminal action, submitted a "Complaint for a Writ of Quo Warranto, Prohibition and Mandamus" (ECF No. 1-1, p. 1) (hereafter, "petition").

Banks did not pay the filing fee for this action. He attached to his petition what appears to be an application to proceed *in forma pauperis* (ECF No. 1-1 at 2); however, that application is not on the form approved by this Court, and it does not include all the information required by this Court for such an application.

Furthermore, Banks' petition is plainly meritless. This Court has no jurisdiction over the individuals or subject matter described in Banks' petition.

Therefore, this case will be summarily dismissed.

It is therefore ordered that this action is dismissed.

It is further ordered that the petitioner is denied a certificate of appealability.

1   It is further ordered that the Clerk of the Court enter judgment accordingly.

    DATED THIS 21st day of July 2017.

    _____
    MIRANDA M. DU
    UNITED STATES DISTRICT JUDGE